IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANTOS CASTELLANOS,<br><br>               Plaintiff,<br><br>vs.<br><br>SAUIGANG GUO,  KING BUFFET &AMP; MONGOLIAN GRILL,<br><br>               Defendants. | 4:14CV3157<br><br>MEMORANDUM AND ORDER |

Plaintiff filed his complaint on August 5, 2014 with a request for a jury trial in Lincoln, Nebraska, (Filing No. 1).  Defendants filed their answer on September 4, 2014. (Filing No. 6).  Defendants' answer included a request for trial in North Platte, Nebraska and an affidavit in support of that request.  (Filing No. 7).

    IT IS ORDERED:

1)     Defendants' request for a trial in North Platte and the supporting affidavit will be treated as a motion consistent the NECivR 40.1(b).

2)     Plaintiff's responsive brief shall be filed on or before September 29, 2014.

3)     Defendants' reply shall be filed on or before October 6, 2014.

Dated this 11th day of September, 2014.

                                                                      BY THE COURT:

                                                                      *s/ Cheryl R. Zwart*
                                                                      United States Magistrate Judge